Ye

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA PHILPOTT, an individual, on behalf of herself and others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PANERA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>        Defendants | Case No. 2:19-cv-00928-MCE-DB<br><br>**ORDER ON JOINT STIPULATION AND MOTION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>Complaint Filed: April 11, 2019 |

After consideration of the Joint Stipulation and Motion to Extend Time for Defendant to File Responsive Pleading (ECF No. 8) filed by Plaintiff Debora Philpott and Defendant Panera, LLC, and for good cause showing, the Court hereby GRANTS the requested extension.  Defendant shall have through and including July 26, 2019 to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

**Dated:  July 2, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE