1  DAVID YEREMIAN & ASSOCIATES, INC.
   DAVID H. YEREMIAN (SBN 226337)
2  david@yeremianlaw.com
   ROMAN SHKODNIK (SBN 285152)
3  roman@yeremianlaw.com
   535 North Brand Boulevard, Suite 705
4  Glendale, California 91436
   Telephone: (818) 230-8380
5  Facsimile: (818) 230-0308

6  Attorneys for Plaintiff, DEBORA PHILPOTT,
   on behalf of herself and others similarly situated
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA PHILPOTT, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANERA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-00928-MCE-DB <br><br> **ORDER ON STIPULATED REQUEST FOR DISMISSAL OF ACTION WITHOUT PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, the complaint and any and all claims for relief in the above-referenced matter, USDC Case No. 2:19-cv-00928-MCE-DB are hereby dismissed with prejudice. The matter having been now concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: September 25, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE