DAVID YEREMIAN & ASSOCIATES, INC.
DAVID H. YEREMIAN (SBN 226337)
david@yeremianlaw.com
ROMAN SHKODNIK (SBN 285152)
roman@yeremianlaw.com
535 North Brand Boulevard, Suite 705
Glendale, California 91436
Telephone: (818) 230-8380
Facsimile: (818) 230-0308

Attorneys for Plaintiff, DEBORA PHILPOTT,
on behalf of herself and others similarly situated

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORA PHILPOTT, on behalf of herself and others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PANERA, LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-00928-MCE-DB <br><br> **AMENDED ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

In accordance with the parties' stipulation, and good cause appearing, the order issued on September 26, 2019 dismissing this matter with prejudice is set aside and the above-referenced matter, USDC Case No. 2:19-CV-00928-MCE-DB is hereby dismissed without prejudice.

**IT IS SO ORDERED.**

**Dated: October 8, 2019**

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE